417 A.2d 781

Commonwealth v. Finnegan, Appellant.
Petition for Allowance of Appeal Denied Dec. 23, 1980.

Argued April 10, 1979.   H.
David Rothman, for appellant, Kemal Mericli, Assistant
District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

PER CURIAM:

The issues raised on this appeal are waived, except for the
claim of ineffective assistance of counsel.  *Commonwealth v.
Blair*, 460 Pa. 31, 331 A.2d 213 (1975).   As to the claim of
ineffective assistance of counsel, we remand for the record
appearance of new counsel, or if appellant is indigent, ap-
pointment of new counsel, who in this instance may be the
public defender.  *Commonwealth v. Glasco*, 481 Pa. 490, 393
A.2d 11 (1978).